LYNN LEW, Appellant, v MANHASSET PUBLIC LIBRARY et al., Respondents.

Submitted December 14, 2015; decided February 11, 2016

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 997 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

LINDA P. NASH, Respondent, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Submitted August 24, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (see Arthur Karger, Powers of the New York Court of Appeals § 4:15 at 93-94 [3d ed rev 2005]).

Judges ABDUS-SALAAM and GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BOOKMAN, Appellant.

Submitted February 1, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.